PHILLIP A. TALBERT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of:<br><br>THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (916) 417-9529, WITH IMSI: 310120138762440 | CASE NO. 2:17-SW-0313 CKD<br><br>SEALING ORDER<br><br>**UNDER SEAL** |
|---|---|

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 4/28/2017

Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

SEALING ORDER                                    1